UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANDRES GOMEZ, Individually,

       Plaintiff,                  Case No. 1:17-cv-22359-DPG

v.

BILL USSERY MOTORS OF
CUTLER BAY, LLC,
Florida Limited Liability Company,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff submits this Notice of Settlement to notify the Court that the lawsuit has been settled and to requests all deadlines to be stayed and for 30 days finalize the settlement document and submit a dismissal.

Dated: December 15, 2017

                                              Respectfully Submitted,

                                              FOR THE PLAINTIFF

                                              By: /s/ Aaron Finesilver_____

                                              Aaron Finesilver, Of Counsel
                                              Thomas B. Bacon, P.A.
                                              333 SE 2nd Ave., Suite 2000
                                              Miami, FL 33131
                                              Telephone: (305) 702-8355
                                              Fax: (305) 503-7374
                                              Aaron@finesilverlaw.com
                                              Florida Bar Number: 577022

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 N. Mc Donald St.
Mount Dora, FL 32757
ph. 954-478-7811
tbb@thomasbaconlaw.com
FBN: 139262